### LACEWELL *v.* DOWNEY.

COBB, J. There was no error in admitting evidence. The evidence authorized the verdict; and the court did not abuse its discretion in overruling the motion for a new trial.　　*Judgment affirmed. All the Justices concurring.*

Argued October 14, — Decided November 9, 1901.

Complaint. Before Judge Fite. Gordon superior court. May 14, 1901.

*W. E. Mann* and *J. B. Terry*, for plaintiff.
*R. J. & J. McCamy*, for defendant.